UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NINOTCHKA MANUS,

                Plaintiff,

-against-

MAX PINCIONE,

                Defendant.

23-CV-6149 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      As the Court previously directed, *see* ECF No. 26, counsel for Plaintiff is required to comply with Local Rule 1.4 if he is seeking to withdraw from this action. Although it appears he has a strong basis for this request, he nonetheless must comply with this Rule. Counsel shall do so by **May 2, 2024**. In the meantime, the Court will permit Plaintiff until **May 31, 2024** to locate new counsel, and with or without new counsel, produce documents demanded of her by this date. Any deposition of Plaintiff shall take place by **June 21, 2024**.

      The close of fact discovery is extended to **June 21, 2024** and the close of expert discovery is extended to **August 21, 2024**. The case management conference in this matter, previously scheduled for May 30, 2024 at 4:00 p.m., is rescheduled for **September 5, 2024** at **10:00 a.m.** at 500 Pearl Street, New York, New York. The parties shall submit a post-discovery joint status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases, by **August 28, 2024**.

2

The Clerk of Court is directed to terminate ECF Nos. 27 and 29.

Dated: April 30, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

2