# Antin, Ehrlich & Epstein, LLP
## Attorneys at Law

49 West 37th Street, New York, New York 10018
Tel: (212) 221-5999 • Fax: (212) 221-6867

Scott W. Epstein
Jeffrey S. Antin

Noreen M. Letta

Thomas P. Kinney
Samuil Serebryanyy
Christian Grim

Of Counsel

Melissa Barbosa Kobernitski

David I. Pankin, P.C.

Silbowitz, Garafola, Silbowitz
Schatz & Frederick, LLP

May 10, 2024

**MEMO ENDORSED**

*via ECF*
Hon. Jessica G.L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Manus v. Pincione (Case. No. 23-CV-6149 (JGLC)

Dear Judge Clarke:

With due respect to my adversary, Defendant/Counter-Claimants note that he has not complied with Local Rule 1.4 by May 2, 2024, as directed by this Court in its April 30, 2024 Order.

Accordingly, Defendant/Counter-Claimants seek leave to move this Court for an order striking the Complaint/Reply to Counter-Claims and for an inquest.

Thank you in advance for your consideration of this application.

Respectfully submitted,

Scott Epstein
[SWE 5245]

SWE/af

Plaintiff's counsel is directed to file a letter by **May 17, 2024** indicating whether he no longer intends to withdraw as counsel. Failure to comply with this Order may result in sanctions. Plaintiff's counsel is further directed to provide a copy of this Order to Plaintiff, and to file proof on the docket by **May 17, 2024**. The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 13, 2024
       New York, New York