# Antin, Ehrlich & Epstein, LLP
## Attorneys at Law

49 West 37th Street, New York, New York 10018
Tel: (212) 221-5999 • Fax: (212) 221-6867

Scott W. Epstein
Jeffrey S. Antin

Noreen M. Letta

Thomas P. Kinney
Samuil Serebryanyy
Christian Grim

August 14, 2024

Of Counsel

Melissa Barbosa Kobernitski

David I. Pankin, P.C.

Silbowitz, Garafola, Silbowitz
Schatz & Frederick, LLP

*via ECF*
Hon. Jessica G.L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   Manus v. Pincione (Case. No. 23-CV-6149 (JGLC)

Dear Judge Clarke:

We represent the Defendant/Counterclaimants. We respectfully request an initial adjournment of the date on which our papers in opposition to Plaintiff/Counterclaimants' Motion to Dismiss are due from today until September 23rd, 2024.

Our office has been responding to Plaintiff/Counterclaimants' request for the production of documents and will be conducting depositions of both parties this month. I, the attorney primarily responsible, will be away for the first half of September.

I have unsuccessfully attempted to reach Plaintiff's counsel today to obtain his consent to the above.

Thank you in advance for your consideration of this letter application.

Respectfully yours,

Scott Epstein
[SWE 5245]

SWE/vp

Application DENIED. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The Court will not grant any further extensions that do not comply with its Individual Rules. Defendant's opposition to Plaintiff's motion to dismiss is due **August 23, 2024.** Plaintiff's reply is due **August 30, 2024**. The Clerk of Court is directed to terminate ECF Nos. 52 and 53.

Dated: August 15, 2024
   New York, New York

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge