UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NINOTCHKA MANUS,

                Plaintiff,

-against-

MAX PINCIONE

                Defendant.

23-CV-6149 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received and reviewed Plaintiff's November 19, 2024 *ex parte* application for a temporary restraining order ("TRO"). The Court finds that Plaintiff has not demonstrated, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, that irreparable and immediate injury will result if the Court does not issue *ex parte* relief before the adverse party can be heard in opposition. Plaintiff's request is therefore DENIED. If Plaintiff still intends to pursue an application for a TRO (or other order for injunctive relief), such application shall be filed on the docket no later than **November 20, 2024**. Defendant shall file any response or opposition on or before **November 25, 2024**.

Dated: November 20, 2024
        New York, New York

                                                      SO ORDERED.

                                                      *Jessica Clarke*
                                                      JESSICA G. L. CLARKE
                                                      United States District Judge