UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINOTCHKA MANUS,<br><br>                    Plaintiff,<br><br>        -against-<br><br>MAX PINCIONE,<br><br>                    Defendant. | 23-CV-6149 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received the parties' letter submissions (ECF Nos. 84-86) regarding what appears to be a request by Plaintiff for leave to file a motion for a preliminary injunction and for Rule 11 sanctions. ECF No. 84 at 2. The Court's Individual Rules and Practices do not specify a pre-motion letter requirement for such motions. As such, Defendant may file a motion provided it otherwise complies with applicable rules. However, for the reasons stated in Plaintiff's letter (ECF No. 85) and in light of the position Defendant took in opposing Plaintiff's motion for the same relief, the Court cautions Defendant's counsel regarding whether any such motion would comply with Rule 11.

      The Court also informs the parties that it intends to address Defendant Pincione's conduct in selling the ring in violation of a Court order (ECF No. 11 at 4) and disposing of all proceeds. To that end, Defendant is directed to submit to the Court all documents produced to Plaintiff regarding Defendant Pincione's sale of the ring and dispersal of the proceeds no later than **December 27, 2024**.

Dated: December 23, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge