UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NINOTCHKA MANUS,

                  Plaintiff,

-against-

MAX PINCIONE,

                  Defendant.

23-CV-6149 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received and reviewed the parties' submissions in response to the January 2, 2025 order to show cause (ECF No. 94) why this Court should not impose sanctions on Plaintiff, Defendant, and Defendant's counsel. ECF Nos. 95, 96. Given the issues discussed and raised by the parties' submissions (e.g., Defendant's subpoena to Plaintiff's former counsel), and the fact that Mr. Pincione's is currently abroad in Libya, the Court finds the parties and the Court will benefit from additional time to file their oppositions and prepare for the hearing. The extension Mr. Pincione requests, however, would unreasonably delay resolution of this issue.

      In light of the foregoing, the Court *sua sponte* extends the deadline for the parties to file their oppositions to **January 17, 2025**, and RESCHEDULES the show cause hearing for **January 30, 2025 at 2:00 PM** in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Court will not extend these deadlines again based on Mr. Pincione's availability. His appearance at the hearing is expected, and any failure to appear will not prevent adverse inferences being drawn against him.

Dated: January 10, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge