UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NINOTCHKA MANUS,

                Plaintiff,

          -against-

MAX PINCIONE,

                Defendant.

23-CV-6149 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court has received the parties' submissions in response to its order to show cause, as well as the parties' letters regarding (1) Plaintiff's motion for a protective order or to quash subpoenas served on Mr. Stone (Plaintiff's former attorney in this matter); and (2) Defendant's request to extend the expert discovery deadline.

With respect to the forthcoming show cause hearing scheduled for January 31, 2025, in the interest of efficient administration and judicial economy, the Court will receive witness direct testimony by affidavit. Accordingly, the parties are HEREBY DIRECTED to provide, by **January 27, 2025,** sworn affidavits from the individuals the parties identified as witnesses to give testimony. For the avoidance of doubt, the witnesses are still expected to be present at the hearing, and counsel will be entitled to cross examine the witnesses. The parties shall not file further submissions regarding the show cause hearing absent extraordinary circumstances.

With respect to the parties' ongoing discovery disputes, the Court finds good cause to briefly stay discovery pending resolution and completion of the show cause hearing. Thereafter, the parties will be instructed to meet and confer and jointly submit a revised case management plan to the Court for approval. The Court will also rule on Plaintiff's request to quash subpoenas directed at Mr. Stone at that time. Defendant's noticed deposition (or any other depositions) shall not occur in the interim.

Dated:  January 21, 2025
        New York, New York

SO ORDERED.

_____

JESSICA G. L. CLARKE
United States District Judge