UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINOTCHKA MANUS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>MAX PINCIONE, et al.,<br><br>                  Defendants. | 23-CV-6149 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       The parties are notified that the case management conference currently scheduled for May 22, 2025 is ADJORUNED. The parties have filed a proposed fourth amended case management plan (in light of Plaintiff's amended complaint, and the need for further expert discovery) which will extend the deadline for the parties to complete discovery. ECF No. 147. The Court has reviewed the proposed case management plan, and will enter it after the new defendants in this action have been served and filed an answer to the amended complaint (or after the deadline to file such an answer has passed). The Court will schedule a post-discovery case management conference at that time.

Dated: May 14, 2025
       New York, New York

                                               SO ORDERED.

                                               *Jessica Clarke*

                                               JESSICA G. L. CLARKE
                                             United States District Judge