**KINZLER LAW GROUP, PLLC**
Attorneys at Law
30 Merrall Drive
Lawrence, New York 11559
Tel: (212) 804-8111
Fax: (212) 202-7525
Email: bk@kinzlerlaw.net

July 17, 2025

BY ECF FILING
Hon. Jessica G. L. Clark
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: Manus vs. Pinione, et. al. ( Case No. 23-CV-6149 (JGLC)

Dear Judge Clark:

    We represent the defendant, Belperron LLC (mistakenly named in the Amended Complaint as Belperron Jewelers).

    We are pleased to report that in response to our letter motion of earlier today, we were contacted by defendant's counsel, Scott Epstein, and that his office has graciously now provided us with all of the requested discovery, including, but not limited to plaintiff's discovery responses.

    Accordingly, we will no longer require an Order from the Court and therefore withdraw our letter motion of today's date.

    We thank the Court for its courtesies in this matter.

Sincerely,

Ben Kinzler, Esq.

Because Defendant Belperron LLC has withdrawn its prior letter motion, the issues are now moot, and the Clerk of Court is respectfully directed to terminate ECF Nos. 166 and 169.

Dated: July 18, 2025
    New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge