MEMO ENDORSED

KINZLER LAW GROUP, PLLC
Attorneys at Law
30 Merrall Drive
Lawrence, New York 11559
Tel: (212) 804-8111
Fax: (212) 202-7525
Email: bk@kinzlerlaw.net

November 15, 2026

**BY ECF FILING**
Hon. Jessica G. L. Clark.
District Court Judge
United States District Court
300 Quarropas Street, Courtroom 320
White Plains, New York 10601

**Re: Manus v. Pincione : 1:23-cv-06149 (JGLC)**

Dear Judge Clark:

We represent the Defendant, Belperron LLC in the above-referenced action.

I write first to thank the Court for the courtesies it afforded the parties during the proceedings before you on November 12, 2026.

At the conclusion of oral argument on Belperron's pending motion for Summary Judgment, the Court was kind enough to offer us the choice of having Belperron's motion submitted for decision, or in the alternative, allowing us to withdraw the motion, with leave to renew its motion for summary judgment following the completion of discovery.

I am writing to advise the Court that after consulting with our client, Belperron has elected to withdraw its motion for summary judgment at this time, without prejudice. Belperron makes this election in reliance on the Court's statement at oral argument that Belperron has leave of Court to refile a motion for summary judgment once discovery is complete. We respectfully request that the Court note on the docket that the motion is withdrawn with that leave preserved.

We again thank the Court for its time and consideration, and we look forward to moving this matter forward through the completion of discovery.

Sincerely

*/s/ Ben Kinzler*
Ben Kinzler, Esq.

To All Counsel Via ECF

Application GRANTED. Defendant has leave to refile its motion for summary judgment once discovery is complete. Plaintiff's Motion for Leave to File a Surreply, ECF No. 218, is therefore DENIED as moot. The Clerk of Court is respectfully directed to terminate ECF Nos. 200, 201, and 218.
SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge

Dated: November 16, 2026
White Plains, New York